**Order entered July 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00781-CV

**JERRY A. POWELL, MD, Appellant**

**V.**

**ERIC KNIPP AND LAURA KNIPP, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02581-E**

## ORDER

Before the Court is appellant's July 16, 2014 motion for extension of time to file brief. In the motion, appellant seeks an extension from the current July 21, 2014 deadline to August 4, 2014. According to appellant, appellees do not oppose the extension request but ask that their corresponding deadline be reset to September 8, 2014. Appellant does not oppose appellees' request.

We **GRANT** the motion and **ORDER** appellant to file his brief no later than August 4, 2014. We further **ORDER** appellees to file their brief no later than September 8, 2014. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE